Affirmed and Memorandum Opinion filed June 14, 2007








Affirmed and Memorandum Opinion filed June 14, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00117-CV

____________

 

BERNIS HICKMAN, Appellant

 

V.

 

PKD, INCORPORATED D/B/A TOTAL
SYSTEMS CONTRACTING, INC., Appellee

 



 

On Appeal from the 190th
District Court

Harris County, Texas

Trial Court Cause No. 01-50712A

 



 

M E M O R A N D U M    O P I N I O N

Appellant Bernis Hickman was exiting a freight elevator
when the elevator gate allegedly struck him on the head.  He sued the elevator
maintenance and repair company, appellee PKD, Inc. d/b/a Total Systems
Contracting, Inc., for negligence.  In a single issue on appeal, Hickman argues
that the trial court erred in granting PKD=s motion for
summary judgment; however, he did not ask the clerk of the trial court to
include the motion in the record on appeal.








As the appellant, Hickman bears the burden to present a
record sufficient to show reversible error.  See Tex. R. App. P. 33.1(a), 34.5(b); Enter. Leasing Co. of
Houston v. Barrios, 156 S.W.3d 547, 549 (Tex. 2004).  Absent a complete
record of the relevant material considered by the trial court, we must assume
that the omitted documents support the trial court=s judgment.  See
Barrios, 156 S.W.3d at 549B50; DeSantis v. Wackenhut Corp.,
793 S.W.2d 670, 689 (Tex. 1990).  Accordingly, we presume that PKD=s summary judgment
motion and evidence support the trial court=s judgment, and we
overrule Hickman=s sole issue.  Because the record offers
no basis on which to reverse, we affirm the trial court=s judgment.

 

 

 

 

 

/s/      Eva M. Guzman

Justice

 

Judgment rendered and Memorandum
Opinion filed June 14, 2007.

Panel consists of Justices Frost,
Seymore, and Guzman.